ACCEPTED
01-15-00290-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 9:53:08 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00290-CR

In the Court of Appeals for the
First District of Texas at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/3/2015 9:53:08 AM

~~CHRISTOPHER A. PRINE~~
Clerk

◆

## No. 1416480

In the 208th District Court of
Harris County, Texas

◆

**FERNANDO RAZO**
*Appellant*
v.

**THE STATE OF TEXAS**
*Appellee*

◆

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

◆

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW APPELLANT, in accordance with Rules 2, 10.5(b)(1), and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file his appellate brief in this cause, and, in support thereof, presents the following:

1. On March 16, 2015, appellant was convicted in the 208th District Court of Harris County, Texas of the felony offense of Intoxication Manslaughter in cause number 1416480, *The State of Texas v. Fernando Razo*. He was sentenced to 10 tears confinement in the Texas Department of Criminal Justice – Institutional Division.

2. Appellant filed a timely and written notice of appeal on March 16, 2015.

3. The reporter's record was filed on July 27, 2015. The clerk's record was filed on May 8, 2015. Appellant's brief was initially due on August 26, 2015. Appellant has not requested any previous extensions.

4. Appellant respectfully requests an extension of time of sixty (60) days until October 25, 2015 in which to file his brief.

5. The additional facts relied upon to explain the need for this extension are as follows:

> Appellant retained undersigned counsel to represent him on appeal. A motion to permit his then-counsel of record to withdraw and allow for the substitution of undersigned counsel was filed with this Court on August 7, 2015. This Court did not rule on said motion until September 3, 2015.

> Although undersigned counsel has begun reviewing the record, he has not had an opportunity to sufficiently identify and research the issues in this case and needs more time to do so and properly present all viable issues to this Court.

WHEREFORE PREMISES CONSIDERED, appellant prays that this Court will grant an extension of time until October 25, 2015, in which to file his appellate brief in this case.

Respectfully Submitted,

/s/ T. Brent Mayr
T. Brent Mayr
SBN 24037052
Law Office of Brent Mayr, P.C.
4101 Washington Ave., 2nd Floor
Houston, TX 77007
713.808.9613
713.808.9991 FAX
bmayr@bmayrlaw.com

ATTORNEY FOR FERNANDO RAZO

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion has been served on the attorney for the State, Alan Curry, pursuant to Texas Rule of Appellate Procedure 9.5 (b)(1), through Appellant's counsel's electronic filing manager on September 3, 2015.

/s/ T. Brent Mayr
Law Office of Brent Mayr, P.C.
ATTORNEY FOR FERNANDO RAZO